No. 17,632.

FRANK A. SMITH, ET AL. *v.* FITZ SCHNAUFER, ET AL.
(292 P. [2d] 196)

Decided January 9, 1956.

Mr. SOL COHEN, Mr. A. E. SMALL, JR., for plaintiffs in error.

Messrs. HAM, JOHNSON & SHINN, Mr. WILKIE HAM, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.